■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN HARRIS, Appellant. [713 NYS2d 685] —Judgment, Supreme Court, New York County (Dorothy Cropper, J., at suppression hearing; Herbert Altman, J., at jury trial and sentence), rendered June 26, 1996, convicting defendant of burglary in the first degree and criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 10 to 20 years and 3½ to 7 years, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence.

Defendant's contention that the bag of stolen property should have been suppressed on the ground that the circumstances did not justify the warrantless search is unpreserved for appellate review (*People v Tutt*, 38 NY2d 1011), and we decline to review it in the interest of justice. Were we to review this claim, we would reject it because the search was incident to a lawful arrest (*see, People v Smith*, 59 NY2d 454, 458; *People v Wylie*,

244 AD2d 247, *lv denied* 91 NY2d 946). In addition, defendant had abandoned the bag and therefore no longer had any expectation of privacy in it.

We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Nardelli, Tom, Mazzarelli and Rubin, JJ.